# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## CHAPTER 13 PLAN AND RELATED MOTIONS - AMENDED

IN RE:                                                          Case No. 10-03974

Charles Russel Collins                                          Chapter 13

Greta Propps Collins

SSN: xxx-xx-2006                                                SSN: xxx-xx-5217

Date: September 30, 2010

**CREDITOR'S RIGHTS WILL BE AFFECTED BY THIS PLAN.** You should read this and other documents sent to you carefully and discuss them with your attorney.

**TO FILE AN OBJECTION TO CONFIRMATION.** Objections to Confirmation must be filed electronically at the Bankruptcy Court's website at www.alsb.uscourts.gov, or you may scan the documents into the ECF system at the courthouse. Objections to Confirmation must be filed by 12:00 p.m. (noon) two (2) days before the confirmation hearing. See local General Order Number 26, which can be found at www.alsb.uscourts.gov, and click "local rules".

**PROOFS OF CLAIM.** Proofs of claim must be filed electronically at the Bankruptcy Court's website at www.alsb.uscourts.gov, or you may scan the documents into the ECF system at the courthouse.

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a Proof of Claim to be paid.

1. **PAYMENT AND LENGTH OF PLAN**

Debtor(s) shall pay __3,165.00__ per month to the Chapter 13 Trustee starting immediately for __36__ months. Objections to the length of this Plan must be filed by 12:00 p.m. (noon) two (2) days before the confirmation hearing.

2. **PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS AND PAYMENTS TO LESSORS**

The Debtor proposes that the Trustee make adequate protection payments, or payments to lessors prior to the confirmation of this Plan, pursuant to § 1326(a)(1) as follows:

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF MONTHLY PAYMENT |
|---|---|---|
| Mazda Amer Cr | Mazda 2008    ( 40,000 miles) | 468.00 |

The Trustee shall commence making such payments to creditors holding allowed claims secured by an interest in real and personal property or leases of real and personal property consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. In the event of a preconfirmation conversion and/or dismissal, all adequate protection payments received by the Trustee shall be distributed to creditors as so designated. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all adequate protection payments. Upon confirmation the treatment of such claims will be governed by Paragraph 7.

3. **DOMESTIC SUPPORT OBLIGATIONS**

The Debtor proposes that the Trustee make the following prepetition Domestic Support Obligations in full pursuant to §507(a)(1) unless the claimant agrees or the Court orders otherwise:

| CREDITOR | TOTAL ARREARAGE | AMOUNT AND FREQUENCY OF PAYMENT |
|---|---|---|
| -NONE- | | |

The debtor shall directly pay all Domestic Support Obligations that become due after filing of the petition.

### 4. ATTORNEY'S FEES FOR DEBTOR(S)' BANKRUPTCY COUNSEL

The following attorney's fees shall be paid by the Trustee pursuant to Amended Local General Order 17.

| DEBTOR'S COUNSEL | TOTAL FEE |
|---|---|
| James D. Patterson | 3,000.00 |

### 5. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)

The Debtor will pay all priority claims pursuant to §507 unless claimant expressly agrees.

| CLAIMANT | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS Center | Taxes and certain other debts | 676.47 | 676.47 |

### 6. PRIORITY CLAIMS SUBJECT TO SUBORDINATION

Pursuant to §1322(a)(4), the following priority creditors shall not be paid in full:

| CREDITOR | REASON FOR SUBORDINATION | SCHEDULED AMOUNT |
|---|---|---|
| -NONE- | | |

### 7. SECURED BY COLLATERAL

Unless otherwise ordered by the Court, the Trustee shall treat the secured claim(s) listed in Section 7 on the terms and conditions set forth therein. Any portion of a secured claim that exceeds the amount(s) set forth in Section 7, shall be paid as a general unsecured claim pursuant to Section 9.

| CREDITOR | COLLATERAL DESCRIPTION | COLLATERAL VALUE | INTEREST RATE | §1325(a)(5) AMOUNT |
|---|---|---|---|---|
| Mazda Amer Cr | Mazda 2008  ( 40,000 miles) | 11,000.00 | 4.00 | 1,234.28 |

Debtor shall pay all other allowed secured creditors in full.

### 8. SURRENDERED PROPERTY

Debtor surrenders the following collateral. Upon confirmation, the automatic stay (including the co-debtor stay) is lifted as to surrendered collateral. Any claim submitted by such creditor will receive no distribution under this Plan until an amended proof of claim is filed by such creditor, reflecting any deficiency balance remaining following surrender.

| CREDITOR | COLLATERAL DESCRIPTION |
|---|---|
| -NONE- | |

### 9. UNSECURED CLAIMS

Allowed non-priority unsecured claims shall be paid through the distribution of all available disposable income at a percentage to be determined by the Trustee for the number of months set forth in Section 1.

Local Form 1 (1-30-2007)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

## 10. CURING DEFAULTS AND MAINTAINING DIRECT PAYMENTS

Debtor shall maintain the following monthly payments and pay them directly to creditor. Trustee shall pay the allowed claims for arrearages at 100% through this Plan unless otherwise noted in Paragraph 12(e).

| CREDITOR | COLLATERAL DESCRIPTION | DIRECT PAYMENT AMOUNT |
|---|---|---|
| Chase Manhattan Mortgage | 27324 Creekwood Drive Daphne, AL 36526 | 2,228.32 |

## 11. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Debtor moves that the following executory contracts and/or leases be assumed.

| CREDITOR | COLLATERAL DESCRIPTION |
|---|---|
| -NONE- | |

## 12. OTHER PLAN PROVISIONS AND MOTIONS

(a) Lien Retention
Except as provided above in Paragraphs 7 and/or 10, allowed secured claim holders shall retain liens until liens are released or upon completion of all payments under this Plan.

(b) Vesting of Property of the Estate
Property of the Estate shall revest in the Debtor(s) upon discharge or dismissal of the case.

(c) Direct Payment by Debtor
Secured creditors and lessors to be paid directly by the Debtor(s) and/or Co-Debtors may continue to mail to Debtor(s) the customary monthly notices or coupons notwithstanding the automatic stay.

(d) Exemption Limitations
The Debtor(s)' exemptions in real and personal property are specifically limited to those allowed under applicable state and federal laws. To the extent that Debtor(s)' asset values exceed allowable exemption limits, the non-exempt portions shall be Property of the Estate and subject to distribution by the Trustee. The terms of this provision shall not be construed to limit or abrogate the rights of parties in interest to object to exemptions pursuant to the Bankruptcy Code, or in any way limit the Debtor(s)' rights regarding the postpetition equity accrual of assets.

(e)   Other Provisions of the Plan Not Elsewhere Described:
The debtor(s) reserve(s) the right to proceed during the post-confirmation period with any Adversary Proceeding, whether denominated a claim, counterclaim or cross claim, or other action against any of their creditors, for violation of the Truth in Lending Act and/or any other action which may be filed and that confirmation of this Plan will not prohibit the Debtor(s) from proceeding with said Adversary Proceeding(s) and/or any other action to its conclusion and will not be res judicata regarding any issues involved in said Adversary Proceeding and/or any other proceeding or estop or preclude any issues involved in said Adversary Proceeding or any other action from being raised, or have any binding effect on the outcome of said Adversary Proceeding(s).

Debtor(s) offer any proceeds, over and above the exempted amount, from said Adversary Proceeding(s) into their Chapter 13 plan to the extent that the court does not order the same to be set off or recouped by virtue of an otherwise valid claim or judgment against the Debtor(s)
by said defendants, respectively.

| /s/ Charles Russel Collins | September 30, 2010 |
|---|---|
| DEBTOR'S SIGNATURE | DATE |

| /s/ Greta Propps Collins | September 30, 2010 |
|---|---|
| DEBTOR'S SIGNATURE | DATE |

| /s/ James D. Patterson | September 30, 2010 |
|---|---|
| DEBTOR'S COUNSEL'S SIGNATURE | DATE |

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: hafner              Page 1 of 1              Date Rcvd: Oct 01, 2010
Case: 10-03974                Form ID: pdfamdpl         Total Noticed: 28
```

The following entities were noticed by first class mail on Oct 03, 2010.

```
db/jdb      +Charles Russell Collins,   Greta Propps Collins,   27324 Creekwood Dr.,   Daphne, AL 36526-6184
cr          +CHASE HOME FINANCE, LLC,   P.O. Box 182106,   Columbus, OH 43218-2106
cr          +Chase Home Finance, LLC. f/k/a Chase Manhattan Mor,   10790 Rancho Bernardo Road,
              San Diego, CA 92127-5705
2176529     +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
2176530     +Amex,   c/o Beckett & Lee,   Po Box 3001,   Malvern, PA 19355-0701
2176531     +Bank Trust Visa,   PO Box 3067,   Mobile, AL 36652-3067
2176533     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
2176535     +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
              Columbus, OH 43219-6009
2176536     +Chase- Tjx,   Po Box 15298,   Wilmington, DE 19850-5298
2176537     +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
2176546    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Mazda Amer Cr,   Po Box 537901,   Livonia, MI 48153)
2177944     +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
2176539     +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
2185017     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
              Tucson, AZ 85712-1083
2176544     +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
2176545      IRS,   Internal Reveune Service,   Memphis, TN 38101
2177530      Mazda American Credit,   P O Box 553179,   Detroit MI 48255-3179
2176547     +RC, Inc.,   PO Box 3819,   Myrtle Beach, SC 29578-3819
2185556     +Suntrust Bank,   Attn. Support Services,   P.O. Box 85092,   Richmond, Va 23286-0001
2176548     +Suntrust Bk W Florida,   Po Box 510,   Pensacola, FL 32591-0510
```

The following entities were noticed by electronic transmission on Oct 02, 2010.

```
2176532     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2010 03:59:02    Capital One, N.a.,
              C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
2175286      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2010 03:59:15    Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
2176538     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2010 03:59:15    Discover Fin,
              Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
2176540     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2010 04:10:25    Gemb/belk,   Po Box 981491,
              El Paso, TX 79998-1491
2176541     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2010 04:10:24    Gemb/jcp,   Attention: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
2176542     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2010 03:39:56    Gemb/sams Club Dc,
              Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
2176543     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2010 03:39:56    Gemb/walmart,   Attn: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
2173958      E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2010 04:10:26
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
              Tucson, AZ 85712-1083
cr*         +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
2176534*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Oct 03, 2010          **Signature:** *Joseph Speetjens*